# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| MARIAN C. McKEE )<br>    Plaintiff(s) )<br>)<br>v. )<br>)<br>)<br>CTEL NO.1, LLC and CLIFFORD SPENCE )<br>    Defendant(s) ) | Case No. 3:17-1566<br>Judge Campbell /Frensley |

## REPORT AND RECOMMENDATION

The undersigned previously entered an Order on April 4, 2019 (Docket No. 34), requiring Plaintiff to file with the Court a written explanation showing cause for his failure to serve Defendant Clifford Spence within 90 days after the filing of the Complaint pursuant to Fed.R.Civ.P. 4(m). The Order required Plaintiff to file such explanation within seven (7) days of the date of entry of the Order, and also stated "If Plaintiff fails to comply with the provisions of this Order, the undersigned will recommend that this Defendant be dismissed without prejudice."

As of the date of the filing of this Report and Recommendation, Plaintiff has failed to comply with the Court's previous Order. Therefore, the undersigned recommends Defendant Clifford Spensce be dismissed without prejudice.

Under Rule 72(b) of the Federal Rules of Civil Procedure, any party has fourteen (14) days after service of this Report and Recommendation in which to file any written objections to the Recommendation with the District Court. Any party opposing said objections shall have fourteen (14) days after service of any objections filed to this Report in which to file any response to said objections. Failure to file specific objections within fourteen (14) days of service

of this Report and Recommendation can constitute a waiver of further appeal of this Recommendation. *See Thomas v. Arn,* 474 U.S. 140, 106 S.Ct. 466, 88 L. Ed. 2d 435 (1985), *reh'g denied,*474 U.S. 111 (1986); 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72.

_____
JEFFERY S. FRENSLEY
United States Magistrate Judge