# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| MARIAN C. MCKEE, | ) |
|     Plaintiff, | ) |
| v. | ) NO. 3:17-cv-01566 |
| | ) JUDGE CAMPBELL |
| CTEL NO. 1, LLC and CLIFFORD SPENCE, | ) MAGISTRATE JUDGE FRENSLEY |
|     Defendants. | ) |

## ORDER

Pending before the Court is the Magistrate Judge's Report and Recommendation (Doc. No. 35) recommending that Defendant Clifford Spence be dismissed without prejudice. On April 4, 2019, the Magistrate Judge ordered Plaintiff to show cause within seven days for not serving Defendant Spence within the time required by Fed. R. Civ. P. 4(m). (Doc. No. 34.) Plaintiff did not comply with the Order and the Magistrate Judge recommended that Defendant Spence be dismissed without prejudice.

The Report and Recommendation advised the parties that any objections to the Magistrate Judge's findings were to be filed within fourteen days of service. (Doc. No. 35.) No objections were filed.

The Court has reviewed the Report and Recommendation and concludes that it should be ADOPTED. Accordingly, Defendant Clifford Spence is DISMISSED, without prejudice.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE