# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| MARIAN MCKEE, | ) |
| Plaintiff, | ) |
| v. | ) NO. 3:17-cv-01566 |
| CTEL NO. 1, LLC., | ) JUDGE CAMPBELL |
| Defendant. | ) |

## JUDGMENT IN A CIVIL CASE

Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury returned its verdict.

IT IS ORDERED AND ADJUDGED that the jury found in favor of the Defendant on all claims. In accordance with the verdict of the jury, judgment is hereby entered in favor of Defendant.

DATE: May 24, 2019         KIRK L. DAVIES, CLERK

                           BY: *Angie Brewer*
                           Deputy Clerk